CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 30 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DEMETRIUS HILL,<br>Plaintiff, | Civil Action No. 7:08cv00283 |
| v. | **FINAL ORDER** |
| TERRY O'BRIEN, WARDEN, et al.,<br>Defendant. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

### ADJUDGED AND ORDERED

that Defendants' Motion for Summary Judgment (Dkt. No. 35) is **GRANTED in PART**, to the extent that the Motion concerns Plaintiff's Eighth Amendment excessive force claim. All other remaining claims are **DISMISSED** without prejudice pursuant to 42 U.S.C. § 1997e(a) for failure to exhaust administrative remedies. The Clerk of Court is directed to strike the matter from the court's active docket and to send a copy of this final order and accompanying memorandum opinion to Plaintiff and counsel of record for the Defendants.

ENTER: This 30th day of March, 2009.

Senior United States District Judge