CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 04 2011

JULIA _____, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DEMETRIUS HILL, | ) |
| Plaintiff, | ) Civil Action No. 7:08cv00283 |
| v. | ) ORDER |
| TERRY O'BRIEN, et. al., | ) |
| Defendants. | ) By: Hon. James C. Turk |
| | ) Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that Defendants' Motion to Dismiss and Motion for Summary Judgment (Dkt. No. 62) is **GRANTED** in part and **DENIED** in part. Defendants' motion is **DENIED** with regard to Hill's claim of excessive force against Officer Crum arising from the November 1, 2007, incident and against Officer Taylor arising from the January 15, 2008, incident, and those claims are allowed to proceed. All of Hill's remaining claims are **DISMISSED** with prejudice. The parties may participate in any future hearings or trial in this case by video conferencing as far as practicable.

The Clerk of Court is directed to send a copy of this Order and accompanying Memorandum Opinion to Plaintiff and counsel of record for Defendants.

ENTER: This 4th day of April, 2011.

_/s/ James C. Turk_
Senior United States District Judge