IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

DEMETRIUS HILL, :
    Plaintiff; :
     :
v. : Civil No. 7:08-cv-00283
     :
TERRY O'BRIEN, et. al., :
    Defendants. :

## DEFENDANTS' TRIAL EXHIBIT LIST

COME NOW the remaining defendants, William Crum and Timothy Taylor, by counsel, and state the following as their trial exhibit list for the November 1, 2007 and January 15, 2008 incidents that are set for trial in this law suit:

**November 1, 2007 incident**

1. Inmate injury assessment form.

**January 15, 2008 incident**

1. Inmate injury assessment forms.

Dated: June 9, 2011.

        Respectfully submitted,
        TIMOTHY J. HEAPHY
        UNITED STATES ATTORNEY


        /s/ Thomas L. Eckert
        Thomas L. Eckert
        Assistant U.S. Attorney
        P.O. Box 1709
        Roanoke, VA 24008
        (540) 857-2254
        (540) 857- 2283 FAX
        Virginia Bar # 18781
        thomas.eckert@usdoj.gov
        Attorney for the Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June, 2011 I filed this defendants' trial exhibit list with the Clerk of this Court using the CM/ECF system and that I mailed a true copy of the same, first class postage prepaid, to Demetrius Hill, pro se, Northeast Ohio Correctional Center, 2240 Hubbard Road, Youngstown, OH 44505.

/s/ Thomas L. Eckert
Thomas L. Eckert