Hon. Judge Turk
U.S. Dist. Judge
U.S. Dist. Ct.
P.O. Box 1234
Roanoke, VA, 24006

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 22 2011

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

June 17, 2011

Re: Hill v. O'Brian et al;
08 CV 00283

Dear Judge Turk:

I write to request an extension of time for the upcoming Trial set for July 7th. I am currently confined to Ohio on another litigation out of West VA. <u>Hill v. Haynes</u> (N.D.W.VA.) 06-CV-136.

I was only allowed to bring my legal materials "relevent" to my W.VA. litigation (see, <u>order to transport</u> by Judge Kaul).

So I will have to request that USP Lewisberg be directed (ordered) to send all my in-cell legal materials to me here at this facility. So that I can obtain the necessary documents for this litigation, including witnesses names, and exhibits.

1

I was un-aware the court would order trial, while I was on-writ on another matter and anyway, I was only allowed to take W.Va. legal materials.

Also, Arlene Sokolowski-Craft has agreed to represent me in this matter pro Bono. And I need an oppurtunity to familiarize her with the "facts" of each claim for the remaining defendants. And provide her with copies of the materials I have in support, as well as witness names.

And the U.S. Attorneys office has denied several discovery request <u>and</u> I will ask Mrs. Craft to do a motion to compel.

I would ask the court for 90 days from when Lewisberg sends my <u>in-cell</u> legal materials — and would ask the court issue a letter to Lewisberg, so they can send my in-cell legal materials expeditiously.

2

~~I~~ Thank the court for its time and consideration in this matter.

Respectfully

*Demetrius Hill*
Demetrius Hill
68133-053
Northeast Ohio Corr. Fac.
2240 Hubbard Rd.
Youngstown, OH. 44505

3

Demetrius Hill
68133-053
Northeast Ohio Corr. Fac.
2240 Hubbard Road
Youngstown, OH, 44505

Legal Mail

YOUNGSTOWN OH 445
20 JUN 2011 PM 4 T

RECEIVED
JUN 2 2 2011
USDC Clerk's Office
Mail Room

To: Hon. Judge Turk
U.S. Dist. Judge
U.S. Dist. Court
P.O. Box 1234
Roanoke, VA., 24006

24006$1234