CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 14 2011

JULIA C. DUDLEY, CLERK
BY: /s/
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **DEMETRIUS HILL,** | Civil Action No. 7:08cv00283 |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| **TERRY O'BRIEN, et. al.,** | By: Hon. James C. Turk |
| | Senior United States District Judge |
| Defendants. | |

This matter is before the Court on a motion by Arlene Sokolowski-Craft for admission *pro hac vice* for the purpose of representing Plaintiff Demetrius Hill (Dkt. No. 95). Craft's Motion for admission *pro hac vice* is **GRANTED**. Arlene Sokolowski-Craft is permitted to represent Plaintiff, Demetrius Hill, in the Federal District Court for the Western District of Virginia in this matter only. Counsel Sokolowski-Craft will abide by the rules of this Court by utilizing the electronic case filing system (CM/ECF) when filing pleadings on behalf of her client.

The Clerk of Court is directed to send copies of this Order to the Plaintiff and counsel of record for all parties, including Arlene Sokolowski-Craft.

ENTER: This 14th day of July, 2011.

_____
Senior United States District Judge