CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 22 2011

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DEMETRIUS HILL, | ) | Civil Action No. 7:08cv00283 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| TERRY O'BRIEN, et. al., | ) | By: Hon. James C. Turk |
| | ) | Senior United States District Judge |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's Motion for Extension of Time and Motion to order USP Lewisburg to send Plaintiff's litigation materials regarding this case to his current location at Youngstown, OH (Dkt. No. 91). The Court previously denied the motion for an extension of time. Plaintiff's motion to order USP Lewisburg to send his legal materials regarding this case is also **DENIED** because Plaintiff will soon be transported back to USP Lewisburg. Plaintiff will be transported back to USP Lewisburg after his July 27, 2011, hearing. His trial will not take place until October 6, 2011, so he will have adequate time to review and prepare his legal materials at USP Lewisburg before his trial in this case.

The Clerk of Court is directed to send copies of this Order to the Plaintiff and counsel of record for all parties.

ENTER: This 22nd day of July, 2011.

*James C. Turk*
Senior United States District Judge