IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

DEMETRIUS HILL,  :
    Plaintiff;  :
                      :
v.  :  Civil No. 7:08-cv-00283
                      :
TERRY O'BRIEN, et. al.,  :
    Defendants.  :

## DEFENDANTS' SECOND AMENDED TRIAL EXHIBIT LIST

COME NOW the remaining defendants, William Crum and Timothy Taylor, by counsel, and state the following as their second amended trial exhibit list for the November 1, 2007 and January 15, 2008 incidents that are set for trial in this law suit. Additionally, these are the documents that the defendants have in their custody and control which they intend to use in their case in chief in support of their defenses.

**November 1, 2007 incident**

1. Inmate injury assessment form.

2. Compact disc video of plaintiff in SHU holding cell.

**January 15, 2008 incident**

1. Inmate injury assessment form.

2. Photographs of the Special Housing Unit B Range area where the January 15, 2008 incident happened.

**Both incidents**

1. Demetrius Hill's Bureau of Prisons medical record.

Dated: September 15, 2011.

1

Respectfully submitted,
TIMOTHY J. HEAPHY
UNITED STATES ATTORNEY

/s/ Thomas L. Eckert
Thomas L. Eckert
Assistant U.S. Attorney
P.O. Box 1709
Roanoke, VA 24008
(540) 857-2254
(540) 857- 2283 FAX
Virginia Bar # 18781
thomas.eckert@usdoj.gov
Attorney for the Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2011 I filed this defendants' second amended trial exhibit list with the Clerk of this Court using the CM/ECF system which will electronically provide notice of the filing and a true copy of the same to the plaintiff's attorney, Arlene Sokolowski - Craft.

/s/ Thomas L. Eckert
Thomas L. Eckert
Assistant U.S. Attorney