## PLAINTIFF'S EIGHTH AMENDMENT CLAIM OF EXCESSIVE FORCE BY CORRECTIONS OFFICER WILLIAM CRUM

*Check one:*

CLERK'S OFFICE U.S. DIST. COURT
AT BIG STONE GAP, VA
FILED

OCT 07 2011

JULIA C. DUDLEY, CLERK
BY: /s/ J. Clark
DEPUTY CLERK

__X__ WE THE JURY, on the issues joined, find in favor of the Plaintiff, Demetrius Hill, as against the Defendant William Crum, and fix his damages in the amount of $ 25,000

### OR

_____ WE THE JURY, on the issues joined, find in favor of the Defendant William Crum.

**SO SAY WE ALL.**

/s/ Harry P. Sumner
JURY FOREPERSON

DATED: Oct 7, 2011.