IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DEMETRIUS HILL, ) | |
| ) | |
| Plaintiff, ) | Case No. 7:08-cv-00283 |
| ) | |
| v. ) | ORDER |
| ) | |
| TERRY O'BRIEN, et al. ) | By: James C. Turk |
| ) | Senior United States District Judge |
| Defendants. ) | |

In accordance with the Memorandum Opinion issued this day, it is hereby **ORDERED** that Defendant William Crum's Renewed Motion for Judgment as a Matter of Law (ECF No. 173) is **DENIED**, and that Defendant William Crum's Motion for a New Trial (ECF No 181) is **GRANTED**. The Clerk is **DIRECTED** to reset the matter for trial as to Defendant William Crum as soon as practicable.

Additionally, the jury having returned a verdict in favor of Defendant Timothy Taylor, and the time for filing post-trial motions having expired, the Clerk is **DIRECTED** to enter judgment in favor of Timothy Taylor and terminate him as a defendant in this case.

The Clerk shall send copies of this Order and accompanying Memorandum Opinion to the Plaintiff and all counsel of record.

**IT IS SO ORDERED.**

ENTER: This 16th day of February, 2012.

_James C. Turk_
Senior United States District Judge